UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ocean Shore Properties, Inc.,<br>        Plaintiff,<br><br>v.<br><br>Google LLC,<br>        Defendant. | Civil Action No. : _____<br><br>COMPLAINT |

The Plaintiff, Ocean Shore Properties, Inc., for its Complaint against the Defendant, Google LLC, alleges as follows:

PARTIES

1. Plaintiff, Ocean Shore Properties, Inc., is a North Carolina corporation having a principal place of business at 109 Hinton Avenue, Suite 4, Wilmington, NC 28403.

2. On information and belief, Defendant, Google LLC, is a limited liability company organized and existing under the laws of the state of Delaware with principal places of business across the United States, including 1600 Amphitheatre Parkway, Mountain View, California, 94043 and 355 Main Street, Cambridge, Massachusetts 02142.

JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

4. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§1331 and 1338(a).

5. This Court has personal jurisdiction over Defendant based upon its contacts with this forum, including, a place of business within the Commonwealth of Massachusetts and the sale of infringing products within the Commonwealth of Massachusetts.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b) and 1400(b).

## GENERAL FACTS

7. Plaintiff is the sole owner of U.S. Patent No. D805,495 that issued on December 19, 2017 (the "'495 Patent"). A copy of the '495 Patent is attached hereto as Exhibit A. The '495 Patent is valid and enforceable.

8. Plaintiff is the sole owner of U.S. Patent No. D811,360 that issued on February 27, 2018 (the "'360 Patent"). A copy of the '360 Patent is attached hereto as Exhibit B. The '360 Patent is valid and enforceable.

9. On information and belief, Defendant is making, using, importing, offering for sale, and/or selling an electronic mobile device in the form of a smart watch under the brand GOOGLE PIXEL WATCH to consumers throughout the United States, including the Commonwealth of Massachusetts (the "Product").

10. Pictures of web pages owned and/or operated by Defendant advertising the Product for sale to ordinary purchasers is shown in Exhibit C attached hereto.

11. Pictures of an actual purchased Product are shown in Exhibit D attached hereto.

12. Upon information and belief, an ordinary purchaser would give significant attention to the top portion of any smart watch (including the Product) and even more attention as worn when looking and obtaining an impression of the similarity of the

overall claimed design of the '495 Patent and the '360 Patent and the Product when purchasing the Product.

13. Upon information and belief, the ornamental design of the Product as perceived by an ordinary purchaser is closer to the claimed design of the '495 Patent and the '360 Patent than it is to the prior art.

### COUNT I - PATENT INFRINGEMENT - U.S. PATENT NO. D805,495

14. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1-13 as if fully alleged herein.

15. In view of the prior art, the overall ornamental design of the Product is substantially similar to the claimed design of '495 Patent such that an ordinary consumer would be confused and/or deceived into thinking the Product was the product shown in the claimed design of the '495 Patent.

16. Defendant's manufacture, import, use, offer for sale, and/or sale of the Product infringes the claimed design of the '495 Patent in violation of 35 U.S.C. §271.

17. Defendant's infringement of the '495 Patent has caused and continues to cause Plaintiff irreparable harm.

18. Defendant's infringement of the '495 Patent has caused and continues to cause Plaintiff monetary damage.

### COUNT II - PATENT INFRINGEMENT - U.S. PATENT NO. D811,360

19. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1-13 as if fully alleged herein.

20. In view of the prior art, the overall ornamental design of the Product is substantially similar to the claimed design of '360 Patent such that an ordinary consumer would be confused and/or deceived into thinking the Product was the product shown in the claimed design of the '360 Patent.

21. Defendant's manufacture, import, use, offer for sale, and/or sale of the Product infringes the claimed design of the '360 Patent in violation of 35 U.S.C. §271.

22. Defendant's infringement of the '360 Patent has caused and continues to cause Plaintiff irreparable harm.

23. Defendant's infringement of the '360 Patent has caused and continues to cause Plaintiff monetary damage.

REQUESTED RELIEF

Plaintiff requests this Court to enter judgment in favor of Plaintiff against the Defendant on the above counts and grant it the following relief:

1. Pursuant to 35 U.S.C. §283, an Order that Defendant be preliminary enjoined from making, importing, using, offering for sale, and/or selling the Product or any other product that infringes U.S. Patent Nos. D805,495 and/or D811,360;

2. Pursuant to 35 U.S.C. §283, an Order that Defendant be permanently enjoined from making, importing, using, offering for sale, and/or selling the Product or any other product that infringes U.S. Patent Nos. D805,495 and/or D811,360;

3. Pursuant to 35 U.S.C. §284, that Defendant pay Plaintiff actual damages as may be proved at trial, and in no event less than a reasonable royalty;

4. Pursuant to 35 U.S.C. §289, that Defendant pay Plaintiff an amount of

damages equal to the profits realized by Defendant's sales of the Product as may be proved at trial;

5. Pursuant to 35 U.S.C. §284, that Plaintiff be awarded interest on damages;

6. Pursuant to 35 U.S.C. §284, that Plaintiff be awarded its costs; and

7. Such other relief as this Court deems equitable and just.

## REQUEST FOR A JURY

Plaintiff hereby requests a jury on all issues triable by a jury.

Respectfully submitted,

Ocean Shore Properties, Inc.

By its Attorney,

Dated: 01-10-2023

/s/ Steven N. Fox
Steven N. Fox (BBO #554692)
P.O. Box 193
Sharon, MA 02067
(781) 821-8920
E-Mail: snf33237@gmail.com